UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KUN WO FOOD PRODUCTS, et al.,<br><br>    Defendants. | Case No. 16-cv-01927-DMR<br><br>**ORDER TO PREPARE PROPOSED JUDGMENT** |

The United States is hereby ordered to prepare a proposed judgment, approved as to form by Defendants, and file it with the court by May 2, 2016.

**IT IS SO ORDERED.**

Dated: April 27, 2016

Donna M. Ryu
United States Magistrate Judge